**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*8:34 am, Apr 18, 2025*
**JEFFREY P. COLWELL, CLERK**

Raghavendran Shankar

V

Binance, FTX, Coinbase, and Tether

Plaintiff files this pleading under the False claims act, where the mentioned companies have been understating their obligations to the United States of America and their attempts to engage law enforcement further prevents reliable dispute procedures as needed by the CFTC.

This matter pertains whether cryptocurrency is seen as a pure commodity, commodity money, or just as a virtual currency(non-commodity). The verdict creates obligations for cryptocurrency businesses under the CFTC/FINCEN.

Credit cards that are used by existing merchant stores in the payment industry work with card schemes to audit the financial institution of the merchant (acquirer) and the customer (issuer).

The absence of KYC/AML regulations for cryptocurrency make it impossible for the auditing of the financial institutions and the associated merchant or customer that is relevant to the financial transaction.

18 USC 1960 is relevant to businesses that affect the purchase of commodities (goods/services) using a form of money. Coinbase, FTX, Binance, and Tether are seen to have money transfer services that accept USD.

This complaint alleges cryptocurrency as a form of commodity (they can be purchased using fiat money) and commodity money (they can be sold for fiat money).

A purchase of a commodity is eligible for a dispute which is in the domain of the CFTC, and a transfer of commodity money is subject to FINCEN regulations.

The transactions between the above mentioned companies and unknown accounts are brought into question - these transactions either establish a transfer of a commodity from one financial account to another, or they represent a transfer of commodity money.

It is argued that a commodity transfer is regulated by the CFTC and that a commodity money transfer is regulated by FINCEN and that each regulatory authority requires KYC/AML protections to be implemented to identify the business associated with the financial account.

As cryptocurrencies are seen as commodities, any business that allows purchase of cryptocurrency using fiat currency and allows transfer of such cryptocurrency is alleged to impact interstate or foreign commerce provided it involves a participant within the USA.

The following allegations lead to regulation by FINCEN & CFTC to allow auditing of the financial institutions through a KYC/AML system that would enable disputes on transactions such as those that are allowed in existing financial systems that involve credit cards and wire transfers. Absence of KYC/AML systems prevent auditing of the ownership of customer accounts and create issues with financial transactions.

It is argued cryptocurrencies are generally considered as commodity and commodity money with respect to the obligations these companies owe to the United States of America.

The evidence to support this claim is backed by evidence obtained from a scam conducted that involves coinbase, binance, FTX, and tether. The information has been sent to the CFTC/FINCEN as a whistleblower complaint and through Standard

Form 95. There is an ongoing investigation being conducted by Officer Eric Nebel of the FBI - the DOJ/FINCEN/CFTC have taken action against the perpetrators thus far using the confidential information sent to them.

Case No. 1:25-cv-01249-RTG Document 1 filed 04/18/25 USDC Colorado pg 3 of 3