

# Complaint Referral Form
# Internet Crime Complaint Center

## Victim Information

| | |
|---|---|
| Name: | Raghavendran Shankar |
| Are you reporting on behalf of a business? | No |
| Business Name: | |
| Is the incident currently impacting business operations? | [None] |
| Age: | 20 - 29 |
| Address: | 99 South Broadway Street |
| Address (continued): | |
| Suite/Apt./Mail Stop: | APT 130 |
| City: | Denver |
| County: | |
| Country: | United States of America |
| State: | Colorado |
| Zip Code/Route: | 80209 |
| Phone Number: | 4256235691 |
| Email Address: | raghav0110.cs@gmail.com |
| Business IT POC, if applicable: | |
| Other Business POC, if applicable: | |

## Financial Transaction(s)

| | |
|---|---|
| Transaction Type: | Virtual Currency |
| If other, please specify: | |
| Transaction Amount: | $1000000 |
| Transaction Date: | 05/25/2022 |
| Was the money sent? | Yes |
| Victim Bank Name: | |
| Victim Bank Address: | |
| Victim Bank Address (continued): | |
| Victim Bank Suite/Mail Stop: | |
| Victim Bank City: | |
| Victim Bank Country: | [None] |
| Victim Bank State | [None] |

Victim Bank Zip Code/Route:
Victim Name on Account:
Victim Account Number:

Recipient Bank Name:
Recipient Bank Address:
Recipient Bank Address (continued):
Recipient Bank Suite/Mail Stop:
Recipient Bank City:
Recipient Bank Country: [None]
Recipient Bank State [None]
Recipient Bank Zip Code/Route:
Recipient Name on Account:
Recipient Bank Routing Number:
Recipient Account Number:
Recipient Bank SWIFT Code:

**Description of Incident**

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

I met someone on Twitter who said they wanted to help me grow a business, and would help me invest to increase my funds so I would have a better chance at succeeding in business. I told her I was interested in angel investing in early crypto projects to support teams. I've never invested like this before. I usually only invest in projects that I have some knowledge about, but I invested in crypto projects on the site that were new and they had shown growth in the charts. I felt like I could tolerate some losses when I was just investing my capital, but overtime she started threatening me to take money from my parents. I asked for money from my parents because I was planning to use the funds to start a business once I could withdraw them from the exchange. I did not expect her to cut me off from all the funds.

The person started threatening me and my family saying she would destroy me and my family if I didn't invest more money into the exchange. She started blocking my account on the exchange and prevented me from accessing my funds. Then she said I would need to pay a tax bill. She also pleaded me to not report the transactions as part of the US tax process. I told her that I would be legally required to report the transactions.

I was originally making trades based off the charts on the exchange website - I saw some new projects that were just released and invested in them. After sometime she revealed that she could see all my trades on the exchange and threatened me to put more money into the exchange or that I would lose everything. I trusted that she would show me how to withdraw soon, but she eventually brought up a tax bill, and then shut me off from my account permanently. I really had no interest in investing after a point - I wanted to invest to get to know the other person better, and to see if I could increase my funds so I could try my own startup idea for which I was working on a business plan for.

I have reported the financial transactions with the firm CipherBlade, and they are investigating this, and a report is pending from them. You can contact them at hq@cipherblade.com and/or sasha@cipherblade.com. My case

identifier is CB1669448.

The ID of my account on the exchange https://dcoinpro.top is 261120. The email is raghav0110.cs@gmail.com

I made a huge blunder trusting this person. I was also diagnosed with bipolar disorder in 2021. So my mental health condition also prevented me from thinking properly.

Which of the following were used in this incident? (Check all that apply.)
☐ Spoofed Email
☑ Similar Domain
☐ Email Intrusion
☐ Other     Please specify:

*Law enforcement or regulatory agencies may desire copies of pertinent documents or other evidence regarding your complaint.*

*Originals should be retained for use by law enforcement agencies.*

### Information About The Subject(s) Who Victimized You

Name: Li Yu
Business Name:
Address:
Address (continued):
Suite/Apt./Mail Stop:
City:
Country: [None]
State: [None]
Zip Code/Route:
Phone Number: 85298701804
Email Address:
Website: https://dcoinpro.top
IP Address:

### Other Information

If an email was used in this incident, please provide a copy of the entire email including full email headers.

[No response provided]

Are there any other witnesses or victims to this incident?

no

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

I have reported the financial transactions with the firm CipherBlade, and they are investigating this, and a report is pending from them. You can contact them at hq@cipherblade.com and/or sasha@cipherblade.com. My case identifier is CB1669448.

☐ Check here if this an update to a previously filed complaint:

### Who Filed the Complaint

Were you the victim in the incident described above? Yes

### Digital Signature

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S. Code, Section 1001)

Digital Signature: Raghav Shankar

Thank you. Your complaint was submitted to the IC3. Please save or print a copy of your complaint before closing this window. **This is the only time you will have to make a copy of your complaint.**