

# INVESTIGATIVE REPORT
_____

**Matter:** Investment Scam

**Affected Party:** Raghavendran Shankar

**Date:** 06/28/2022

**Ref.:** CB1669448

CONFIDENTIAL — FOR LAW ENFORCEMENT AND AFFECTED PARTIES ONLY

# 1 Incident Summary

The affected party is Raghavendran Shankar, a resident of the United States. His residential address is 99 South Broadway Denver CO 80209, his phone number is +4256235691, and his email address is raghav0110.cs@gmail.com.

Raghavendran Shankar was a victim of an investment scam in which an unknown person using the alias "Li Yu" instructed him to purchase cryptocurrency on the exchange Coinbase and send it to a fraudulent investment platform dcoinpro[.]top. He sent 973,259.28 USDT to the fraudulent investment platform between 04/14/2022 and 05/26/2022. The lost cryptocurrencies are valued at approximately 973,000.00 USD at the time of transactions[1].

Mr. Shankar retained CipherBlade to investigate the event and provide law enforcement with actionable intelligence. A report of this incident to law enforcement has been filed in the applicable jurisdictions, the United States.[2]

Cipherblade has found that the scammer(s) moved the funds from the primary scam address to addresses that are highly likely under their control as well and deposited the majority of the funds to the cryptocurrency exchange Binance. CipherBlade contacted Binance and reported the suspicious deposit addresses that received Mr. Shankar's funds and contacted Tether (issuer of USDT) with a request for a preliminary freeze of funds on two suspicious addresses. Binance likely has valuable information and possibly some funds frozen so law enforcement should contact them as soon as possible. Tether also requires official law enforcement contact for the continuation of the freeze and next steps, all detailed in section 3.

# 2 Background

Mr. Shankar came into contact with the scammer "Li Yu" in March 2022 on Twitter where he was searching for an investment opportunity. "Li Yu" introduced him to the scam platform dcoinpro[.]top and convinced him to send funds to the provided scam deposit address. The scammer moved the communication with Mr. Shankar to Whatsapp and used the phone numbers +85291852295 and +85298701804, both of which have a Hong Kong country code. The IPQualityScore[3] database shows that both numbers are valid, active, and have not been

---

[1] source: Chainalysis Reactor; available in Attachment 2.
[2] Attachment 1. Shankar - IC3 Complaint Referral Form.pdf
[3] https://www.ipqualityscore.com/ results in Attachment 8.

CONFIDENTIAL — FOR LAW ENFORCEMENT AND AFFECTED PARTIES ONLY

leaked online nor used by a spammer. The carrier for both numbers is Hong Kong Telecommunications (HKT) Ltd (CSL),[4] and law enforcement can contact them with a data request for the phone number by filling out this form https://www.hkt.com/contact-us/contact-enquiry-form?locale=en. However, we cannot claim with certainty that they were not used as a proxy only to create the Whatsapp accounts, and a response from the carriers is not likely based on the jurisdiction. In an attempt to try and ascertain the location of the scammer(s), CipherBlade instructed Mr. Shankar to send a message to "Li Yu" which contained a link that allowed us to get the IP address and other information from the person who clicked on it. We collected the following data on 03/06/2022:

A. Access with Windows device

*ipv6: Unable to retrieve*

*ipv4: 103.130.143.241*

*GPU: ANGLE (Intel, Intel(R) HD Graphics 4000 Direct3D11 vs_5_0 ps_5_0, D3D11-10.18.10.4252)*

*Browser: Mozilla (5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/99.0.4844.82 Safari/537.36)*

*Renderer: Gecko*

*Platform: Win32*

*Screen width: 1920*

*Screen height: 1080*

*Language: zh-CN*

*System time: 2022-6-3 15:42:3*

*Discord: Not Running*

*Touch: false*

---

[4] source: https://freecarrierlookup.com/

CONFIDENTIAL — FOR LAW ENFORCEMENT AND AFFECTED PARTIES ONLY

*MTU*

*-------*

*First seen    = 2022/06/03 19:41:42*

*Last update   = 2022/06/03 19:42:03*

*Total flows   = 3*

*Detected OS   = Windows NT kernel [generic] [fuzzy]*

*HTTP software = ???*

*MTU           = 1468*

*Network link  = ???*

*Language      = ???*

*Distance      = 21*

*MTU not 1500, VPN probable.*

{"status":"success","country":"Cambodia","countryCode":"KH","region":"12","regionName":"Phnom Penh","city":"Phnom Penh","zip":"","lat":11.5686,"lon":104.926,"timezone":"Asia/Phnom_Penh","isp":"Esurfing Technology Co.ltd","org":"Esurfing Technology Co.ltd","as":"AS138340 ESURFING TECHNOLOGY CO.LTD","query":"103.130.143.241"}

  B.  Access with iPhone

*ipv6: Unable to retrieve*

*ipv4: 103.130.140.147*

*GPU: Apple GPU*

*Browser: Mozilla (5.0 (iPhone; CPU iPhone OS 14_7_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.1.2 Mobile/15E148 Safari/604.1)*

*Renderer: Gecko*

*Platform: iPhone*

3

CONFIDENTIAL — FOR LAW ENFORCEMENT AND AFFECTED PARTIES ONLY

Screen width: 375

Screen height: 667

Language: zh-cn

System time: 2022-6-4 3:40:16

Discord: Not Running

Router: https://192.168.2.1

Microphone: Found

Webcam: Found

Touch: true


MTU

-------

First seen    = 2022/06/03 19:40:17

Last update   = 2022/06/03 19:40:17

Total flows   = 1

Detected OS   = Mac OS X  [generic] [fuzzy]

HTTP software = ???

MTU           = 1468

Network link  = ???

Language      = ???

Distance      = 20

Uptime        = 31 days 15 hrs 41 min (modulo 49 days)

MTU not 1500, VPN probable.

4

CONFIDENTIAL — FOR LAW ENFORCEMENT AND AFFECTED PARTIES ONLY

{"status":"success","country":"Cambodia","countryCode":"KH","region":"12","regionName":"Phnom Penh","city":"Phnom Penh","zip":"","lat":11.5686,"lon":104.926,"timezone":"Asia/Phnom_Penh","isp":"Esurfing Technology Co.ltd","org":"Esurfing Technology Co.ltd","as":"AS138340 ESURFING TECHNOLOGY CO.LTD","query":"103.130.140.147"}

Unfortunately, the databases whatismyipaddress.com and IPQualityScore[5] confirmed that the IP addresses 103.130.143.241 and 103.130.140.147 are part of a VPN structure provided by the Cambodian ISP Esurfing Technology Co.ltd and used by the scammer to conceal their true location. The system language is Simplified Chinese (zh-cn) on both the iPhone and the Windows Machine, and the System time is set to the US timezone so the scammer is possibly a Chinese person on US ground. Our assumption may not be incorrect as the scammer may have also set the timezone to US to be in sync with the victim(s).

The scammer continually pressured Mr. Shankar to add funds, threatened and extorted more funds by blocking the account on dcoinpro[.]top (which showed a false balance to control the victim). When Mr. Shankar wanted to withdraw his funds, the scammer request a "10% tax" to be paid in 10 days, which is a usual tactic to extort more funds from the victim. After Mr. Shankar did not pay the requested "tax," he was unable to login to his dcoinpro[.]top account and the scammer "Li Yu" continued threatening him so he realized that he was most likely scammed and contacted CipherBlade for assistance in May 2022.

## 2.1 dcoinpro[.]top domain

The domain dcoinpro[.]top was created about three months ago (03/30/2022), and its registrar is Alibaba Cloud Computing Ltd. d/b/a HiChina[6], a company that provides domain and hosting services. It is unlikely that the registrar will provide viable information, but they can be contacted with an information request at domainabuse@service.aliyun.com. The domain registrant information states "guo tao" as "Registrant Org" and China as "Registrant Country" and appears 286 times as registrant in the RiskIQ[7] database which confirms our assumption that the scammer is likely to be Chinese. CipherBlade attempted to find an organization with that name, but we only managed to find the registrant "Guo Tao" (郭涛) and the email

---

[5] results in Attachment 8.
[6] www.net.cn
[7] riskiq.com

CONFIDENTIAL — FOR LAW ENFORCEMENT AND AFFECTED PARTIES ONLY

hefujuxie@126.com as contact (see Figure 1.). This is a free generic email address (like gmail, hotmail), which is uncommon for a professional website and a response to a data request is unlikely.

The domain was used to host the website www.dcoinpro[.]top[8] that imitated a cryptocurrency exchange and CipherBlade attempted to create an account but the scammers added a layer of protection against unwanted users with a non-optional invitation code. The website is currently not available (*500 SSL negotiation failed*).[9]



Figure 1. Results for "Guo Tao" (郭涛) in the Chinese WHOIS (source: https://www.shuangpi.com/)

---

[8] archived: https://archive.ph/Sg02s
[9] https://whois.domaintools.com/dcoinpro.top

CONFIDENTIAL — FOR LAW ENFORCEMENT AND AFFECTED PARTIES ONLY

# 3 Blockchain Forensics

All transactions that Mr. Shankar made to the scam and that the scammers made after receiving the funds are on the Ethereum blockchain. Ether (ETH) is a cryptocurrency native to the Ethereum blockchain, which is public so anyone can check transaction data using a blockchain explorer, e.g., https://etherscan[.]io. Mr. Shankar sent the stablecoin Tether (USDT) on the Ethereum blockchain to the investment scam, so we can track its movements using the same explorer.

## 3.1 Tether (USDT)

Mr. Shankar purchased USDT on the Coinbase exchange and sent it to the following addresses controlled by the dcoinpro[.]top scam:

- 0x3EB2944B3A9CA99d7A59C5Bf05D8fA1D2A321569 (dcoinpro.top)

Mr. Shankar made nineteen (19) deposits from his Coinbase[10] account to the dcoinpro[.]top scam between 04/14/2022 and 05/26/2022 as listed in *Attachment 2. Shankar - Connection_transfers_of_Coinbase_com_to_dcoinpro_top_0x3EB2944B3A9CA99d7A59C5B f05D8fA1D2A321569*.

Further movement of the stolen funds from the scam addresses is discussed below. The red lines on the graphs in further text show the movement of Mr. Shankar's funds. The orange hexagons represent cryptocurrency addresses that are controlled by an exchange and are connected to an account on that service, which were used by the scammer(s). Those accounts may belong to the scammer(s) and/or third parties/services that facilitate cryptocurrency laundering. For further tracking of funds, the service needs to provide the transaction history from the relevant account upon request from law enforcement as the address itself does not represent the account owners actions nor balance.

All funds (973,259.28 USDT) that Mr. Shankar sent to the address 0x3EB2944B3A9CA99d7A59C5Bf05D8fA1D2A321569 (dcoinpro.top) were forwarded to address 0xf9C287aAdEb16473a069Ba81CF5FD57b87483914 (Suspicious 1) in the following transactions between 04/16/2022 16:48 UTC and 05/27/2022 11:07 UTC:

- 0x1929e94c7bb1318a7ab9795cd7afcd77c4c0d584332b0c9fa65f94804357aaf2

---

[10] cryptocurrency exchange; https://www.coinbase.com/

- 0x867dde2d5cf9af8b2612ede286fdea959711228d93470fea95191fcbf4b245e0
- 0x97ae6e3f602bea99873283c99d385446dea01a3a6ce4fc67258d416e52ccdbc4
- 0x7c9dc01ba8815fcc2d8d1bb30554f2bc1506808ddd8cced22fb549506ac290a0
- 0x1d076b33766ac44c5333e5581f8fb6a053496f0cffce7681bc84062b727b147f
- 0x5fb6ae62f7f88e16b6ada0ae51f409ea9b1c4317308ae73449045911e5c803ee

Binance USDT Deposit 0xa6eF44879...
Binance USDT Deposit 0xc4A345AAB...
Binance USDT Deposit 0x2130AEDaB...
68,896.000000
F: 02/07/2022 2:18 PM
L: 03/26/2022 2:25 PM
12,632.000000
F: 03/11/2022 2:12 PM
L: 03/11/2022 2:12 PM
29,215.000000
F: 05/01/2022 12:57 AM
L: 05/20/2022 9:16 AM
127,730.000000
F: 12/31/2021 10:34 AM
L: 12/31/2021 10:34 AM
27935.72 USDT frozen by Tether
scam address
973,259.280080
F: 04/16/2022 4:48 PM
L: 05/27/2022 11:07 AM
969,262.587729
F: 04/27/2022 4:30 AM
L: 06/12/2022 6:30 AM
dcoinpro.top 0x3EB2944B3...
Suspicious 1 0xf9C287aAd...
Suspicious 2 0x9Ac94bf18...
973,259.280080
F: 04/14/2022 4:10 AM
L: 05/26/2022 3:39 PM
46,130.000000
F: 01/25/2022 1:34 AM
L: 03/31/2022 5:27 AM
Coinbase.com
Suspicious 5 0xff7b2eC3b...
39,521.000000
F: 03/26/2022 1:13 PM
L: 04/27/2022 4:14 AM
30,000.000000
F: 05/02/2022 6:54 AM
L: 05/02/2022 6:54 AM
233,825.000000
F: 05/01/2022 12:43 AM
L: 06/05/2022 1:49 PM
3,321.026300
F: 05/04/2022 5:12 PM
L: 05/28/2022 2:35 PM
14,184.106627
F: 03/31/2022 5:51 AM
L: 03/31/2022 5:51 AM
15,384.000000
F: 05/02/2022 6:25 AM
L: 05/02/2022 6:25 AM
Suspicious 4 0x5a47F37Ba...
Binance USDT Deposit 0x84fc86978...

Figure 2. Movement of USDT from the victim's Coinbase account to the scam wallet (*Chainalysis Reactor*)[11]

[11] see graph in detail in Attachment 3. Shankar - Graph_USDT

CONFIDENTIAL — FOR LAW ENFORCEMENT AND AFFECTED PARTIES ONLY



Figure 3. Movement of USDT from the dcoinpro.top to Suspicious 1 and Suspicious 2 (*Chainalysis Reactor*)

Then the scammer(s) forwarded 99.5% of the funds (969,262.58) again, to address 0x9Ac94bf18C762cfcDbE8F435a734d3957Bf05605 (Suspicious 2) in the following transactions between 04/27/2022 04:30 UTC and 06/12/2022 06:30 UTC:

- 0xe5182140e4c226275f4bfdf67449a4860820ae48563ead9bd9a87e83584aec2a
- 0x7b7436b89973f94093b77c017e9a4faf242740ac6858dcc32d54bdd94625dce2
- 0xfbea2572ee7a1dd2f97ae324741f9ee4391ab6ecf84b77911121a292c9427e15
- 0xd0b3b2e717b62d28413bd35bcf9395e2dc1c16197c470d9922ebfe30b0dc4934
- 0x24f73f65b94ac2f2019b5758266cd07d74a2469fc38490e338eed42672dba04a
- 0x78dbc6d41b1aa3f4783931e85af553993037562046592b121e10261cd9361bba
- 0xb20b32f7121e6692678af0ff4f31b4b64facce2c386791afd65eaebd9df93050

The remaining 3996.70 USDT was included in the following transaction to 0x5a47F37Bab304A62539e5b03D4de4562C5F71bB5 (Suspicious 4) on 04/16/2022 16:52 UTC:

- 0xf148ee05d5bf569d16f2c9f70d0ec2aa23b29ad2aa3b3593d5ec3e52b426e498

The scammer(s) sent 666,000.00 USDT to various Binance deposit addresses from Suspicious 2. There was 27,935.72 USDT left on the Suspicious 2 address when it was frozen by Tether on that same address, while the remaining 275,000.00 USDT was sent to an Unknown Service 0xCF986210358Ad7e349D78fa4bE7957bfA81E3E35. Details related to Binance, the Unknown Service, and Tether are available in the following sections.

9

CONFIDENTIAL — FOR LAW ENFORCEMENT AND AFFECTED PARTIES ONLY

### 3.1.1 Tether Request and Preliminary Freeze of Funds

Since USDT is a stablecoin (a token pegged to a fiat currency, USD in this case) that has an issuer - Tether[12], it can be permanently frozen, and upon receiving appropriate legal due process, Tether can issue new USDT tokens in return to offset the permanently frozen USDT, which effectively allows for the seizure and recovery of the funds.

CipherBlade contacted Tether with a request for a preliminary freeze of funds on the following perpetrator addresses:

- 0x9Ac94bf18C762cfcDbE8F435a734d3957Bf05605 (Suspicious 2)
- 0x595EDD5f8cC0B086d03dcEaDa4081b95ffd83527 (Suspicious 3)

These two addresses received the funds from the initial dcoinpro.top address and Tether approved a preliminary freeze of Suspicious 2 which currently contains 27,935.72 USDT[13]. Unfortunately, they did not freeze Suspicious 3 in time and the funds went to Binance *(more precisely Binance USDT Deposit 0x84fc869783FAac60B8C6FF78D16CBB4275a9a145)*.

Law enforcement should contact Tether as soon as possible at **inforequests@tether.to** to request the continuation of the freeze of 0x9Ac94bf18C762cfcDbE8F435a734d3957Bf05605 (Suspicious 2) until law enforcement has had appropriate time to investigate the matter. Eventually, the USDT can be permanently frozen, and Tether can issue new USDT in return to offset the permanently frozen USDT, which effectively allows for the recovery of the funds.

### 3.1.2 Binance Exchange

The scammer deposited 29,215.00 USDT from Suspicious 2 to the Binance deposit address 0x2130AEDaB97003B6F767715133571aF6d384aB5b between 05/01/2022 00:57 UTC and 05/20/2022 09:16 UTC in the following three transactions:

- 0x4c6871febb01905fca4dbd0fe34c15191f588c80d542258215133c53576da2e8
- 0x92d966537c5ac2b8ab5922024ab7bf9f2f932998315a2fc23baa16ab63efd699
- 0xdd60aac47d4928396f3583e5de6fb31d1c13c3aab6c4a2e2d4c0a08b4384bb6c

---

[12] https://tether.to/en/

[13] https://etherscan.io/token/0xdac17f958d2ee523a2206206994597c13d831ec7?a=0x9Ac94bf18C762cfcDbE8F435a734d3957Bf05605

**CONFIDENTIAL — FOR LAW ENFORCEMENT AND AFFECTED PARTIES ONLY**

On 05/02/2022 06:25 UTC, the scammer sent 15,384.00 USDT (which included the 3996.70 USDT from Suspicious 1) from Suspicious 4 to the Binance deposit address 0x84fc869783FAac60B8C6FF78D16CBB4275a9a145 in the following transaction:

- 0xb193fdb0f94f61a26108123c96119cf8bd59ec91963941036ac03f62e10709c9

The Binance deposit address 0x84fc869783FAac60B8C6FF78D16CBB4275a9a145 received additional 233,825.00 USDT from Suspicious 2 and 100,000.00 USDT from Suspicious 3 in the following transactions between 05/01/2022 00:43 UTC and 06/12/2022 06:44 UTC:

- 0x2c70e22c599da7990229bf9689961a94493dc2565438908051e8e1784b1816f3
- 0xdf933ccd1c1e6c6628cfd42d3278a05187550e2c2cd471ee41c1f653e011dcd6
- 0xcb2c460d3d2cb75bc22796e92d6522e1f1a48460001dbb12e83890b32a5a99ad
- 0x0a20b6819a8a6ba4d7d70b24943f15a78e8cd74a2aae13e52875e34abbfae2d8
- 0xa9d3e2486f5182aa65c6f503f9f0821b20830a0e22cb8791beeb668e1ec867f3
- 0x90d7180a6d580bf64e73f8ec7ab920e9a4ac9b4b1e63abd01bd71b4c86d1463c
- 0x098bb6b28725536d3a8ece3ba3412dcb76653b4e700e398bd629b1649c448eb4

Finally, the scammer sent 300,000.00 USDT from Suspicious 2 to the Binance deposit address 0xC73a403D83abd1B27C1b53eCb0E64CAD8C0B2DD3 in the two transactions on 06/02/2022 12:37 UTC and 06/03/2022 08:06 UTC:

- 0xbdbea5402e2e6475b00bbe0bfedf8468f916d1b734f1283d71757691752c532d
- 0x86fbd5458be645d528aefdaf2bc2fbc7b67b25c33087df911f8ce88416b6d873

The above listed transaction data is in *Attachment 4. Shankar - Connection_transfers_of_Binance_USDT_Deposits_-_Stolen_Funds_to_Suspicious_2-3-4* for convenient data forwarding to Binance. As visible on Figure 4., there are three other Binance deposit addresses that received funds from the suspicious addresses and the related account data may provide valuable information so the deposit transaction data is included in the *Attachment 5. Shankar - Connection_transfers_of_Binance_USDT_Deposits_(2)_to_Suspicious_1-2-5* and should be included in the request for account data.

**CONFIDENTIAL — FOR LAW ENFORCEMENT AND AFFECTED PARTIES ONLY**



Figure 4. Movement of USDT from Suspicious 1 and Suspicious 2 to Binance (*Chainalysis Reactor*)

CipherBlade contacted Binance regarding the three deposit addresses that received funds that belong to Mr. Shankar and reported the deposits. We received a following response regarding all reported addresses:

*With the information received we were able to locate the suspect's account, unfortunately the user has withdrawn the funds out of Binance, once funds are withdrawn externally it is not possible for our team to take other actions other than lock the suspect's account.*

*Currently we have added a temporary lock to the account that received your funds to prevent this user from moving the crypto out of the platform, nonetheless we require your cooperation in order for this incident to be investigated and taken to its last consequences.*

12

CONFIDENTIAL — FOR LAW ENFORCEMENT AND AFFECTED PARTIES ONLY

*Should you wish to request to extend the lock we'll need one of the following items to be provided by you or a Law Enforcement officer: An official Law Enforcement request raised by a police officer through the following link*

*https://www.binance.com/en/support/law-enforcement*

*from an official email address and attaching the following:*

*A. The photo, name, mailbox, and telephone contact of the investigating officer.*

*B. It is necessary to issue an official document of assistance with an official seal;*

*C. The letter should specify what information Binance needs to provide to cooperate with the investigation (such as providing account information corresponding to the xxx address, real name information, phone number, etc.)*

It is not clear if there is one or multiple accounts and if any funds are frozen at this time but they will provide this information to law enforcement upon request via the link above (and/or by contacting them at case@binance.com), which should include the following Binance case IDs that were opened when we contacted them and contain information we reported:

- 91258417
- 91320408
- 91559999

If any funds have indeed been frozen, law enforcement can eventually move to request the funds be forfeited.

Law enforcement should also request "complete account records" to include KYC data, deposit and withdrawal history, IP logs, user agent data, email addresses, phone numbers, and trading history associated with all applicable user accounts.

CONFIDENTIAL — FOR LAW ENFORCEMENT AND AFFECTED PARTIES ONLY

### 3.1.3 Unknown Service 0xCF9...3E35



Figure 5. Movement of USDT from Suspicious 2 to Unknown Service (*Chainalysis Reactor*)

As noted above, the scammer sent 275,000.00 USDT that came from Mr. Shankar from Suspicious 2 to an Unknown Service. These funds are part of the 385,000.00 USDT sent between 05/02/2022 06:55 UTC and 06/06/2022 08:10 to address 0x9865FF2D6Fb1AD7260658204078FcC988D989C3d (see Figure 5.) in the following four transactions:

- 0x4537d83ee8fa06627a6c3b8e7d73c0c0b7adcf8b1c222816741a2d351ab66dec
- 0x3afb2b9168512770ac8b683c706c98f3ac81f0603b818e5f46adae897b45a547
- 0x00fd83ae9178ad0e7c9810a5bc331b32b95a5cf24f73f9f44fa98735f082c81f
- 0x2a202b6782954cb9e2ef2233240023e9c9ee7f2d5204ddef5361166b5ad1a997

Our identification of the address 0xCF986210358Ad7e349D78fa4bE7957bfA81E3E35 as an Unknown Service is based on the transaction patterns of incoming and outgoing transaction on address 0x9865FF2D6Fb1AD7260658204078FcC988D989C3d in quick succession that

14

are characteristic for a deposit address controlled by a centralized cryptocurrency service provider and the funds being pooled to the Unknown Service address, which has a large number of transactions usually not associated with personal accounts. Despite our best efforts, we were unable to identify the service but we have found multiple deposit addresses that belong to Binance and FTX exchanges and are recipients of considerable funds coming from the service. The accounts on Binance and FTX may belong to the service itself or perhaps to OTC brokers or personal holders. In any case, either the exchanges themselves or the holders of the recipient accounts should have the information to identify the Unknown Service.

The following attachments and corresponding exchange contacts should be used for requesting identification of Unknown Service 0xCF986210358Ad7e349D78fa4bE7957bfA81E3E35:

1) Binance contact: case@binance.com or
   https://www.binance.com/en/support/law-enforcement

   data: *Attachment 5. Shankar - Attachment 5. Shankar - Connection_transfers_of_Service_Accounts_(_)_on_Binance_to_Counterparty*

2) FTX contact: compliance@ftx.com

   data: *Attachment 6. Shankar - Connection_transfers_of_Service_Accounts_(_)_on_FTX_to_Counterparty*

Once the identifying information is received[14], law enforcement should request "complete account records" to include KYC data, deposit and withdrawal history, IP logs, user agent data, email addresses, phone numbers, and trading history associated with all applicable user accounts from the Unknown Service so that the funds may be traced further and the account data crossreferenced with the data from Binance.

---

[14] in case the identification does not include a contact, CipherBlade is available for assistance

CONFIDENTIAL — FOR LAW ENFORCEMENT AND AFFECTED PARTIES ONLY

## 3.2 Ether (ETH)

It is necessary to have an ETH balance on any cryptocurrency address used to move USDT (and any other tokens on the Ethereum blockchain) so CipherBlade reviewed the movement of ETH on the dcoinpro.top and the suspicious addresses.



Figure 6. Movement of ETH on the scam addresses (*Chainalysis Reactor*)

The graph above shows that Suspicious 1 funded the dcoinpro.top address, and received the remaining ETH after the scammer forwarded the USDT to it (see Figure 8. below for the transaction list). Suspicious 1 and Suspicious 4 were funded by Suspicious 5, which also sent the remaining balance to Suspicious 4 after completing all USDT transactions. Additionally, Suspicious 1 sent ETH to the same address that the scammer(s) used to deposit USDT - Binance deposit address 0xc4A345AAB2A619AD15Ec61837f8A006ACA996590 on 03/31/2022 06:42 UTC in the following transaction:

- 0x8a568cb347611bc0a253dbced06d39e292ea5506fb80aba77d7fecebff8061ad

Such transaction and funding patterns suggest that these addresses are highly likely under the control of the scammer(s) that received the funds to the dcoinpro.top address.

CONFIDENTIAL — FOR LAW ENFORCEMENT AND AFFECTED PARTIES ONLY

| Date (UTC) | Tx Hash | Amount | Receiving Address | Counterparty |
|---|---|---|---|---|
| > 01/25/2022 01:20 | 0x7470e55a5592… | 0.15 | 0xf9C287aAdEb16473a… | ● Suspicious 5 0xff… |
| > 01/25/2022 01:25 | 0x322f01a22003… | -0.012241 | 0x4a586CB3D810bb528… | ● 0x4a586CB3D810bb5… |
| > 01/25/2022 01:25 | 0x753aa5289f7e… | -0.012241 | 0x870B6Fb60296d9D8D… | ● 0x870B6Fb60296d9D… |
| > 01/25/2022 01:34 | 0xabe020f87383… | 0.00 | 0xdAC17F958D2ee523a… | ● USDT Token Contra… |

Figure 7. Oldest transaction funding 0xf9C287aAdEb16473a069Ba81CF5FD57b87483914 (Suspicious 1) with ETH for fees (*Chainalysis Reactor*)

| Date (UTC) | Tx Hash | Amount | Receiving Address | Counterparty |
|---|---|---|---|---|
| > 04/16/2022 15:56 | 0x04d0f8ee9d1c… | 0.003040 | 0x3EB2944B3A9CA99d7… | ● Suspicious 1 0xf9… |
| > 04/16/2022 16:48 | 0x1929e94c7bb1… | 0.00 | 0xdAC17F958D2ee523a… | ● USDT Token Contra… |
| > 04/27/2022 04:05 | 0xd8cbaf583557… | 0.003440 | 0x3EB2944B3A9CA99d7… | ● Suspicious 1 0xf9… |
| > 04/27/2022 04:07 | 0x867dde2d5cf9… | 0.00 | 0xdAC17F958D2ee523a… | ● USDT Token Contra… |
| > 04/30/2022 19:27 | 0x97ae6e3f602b… | 0.00 | 0xdAC17F958D2ee523a… | ● USDT Token Contra… |
| > 05/12/2022 07:55 | 0xc3d3416eac1e… | 0.038243 | 0x3EB2944B3A9CA99d7… | ● Suspicious 1 0xf9… |
| > 05/12/2022 08:00 | 0x7c9dc01ba881… | 0.00 | 0xdAC17F958D2ee523a… | ● USDT Token Contra… |
| > 05/12/2022 08:13 | 0x9276668ee822… | -0.010936 | 0xf9C287aAdEb16473a… | ● Suspicious 1 0xf9… |
| > 05/21/2022 17:12 | 0x55a9e2d6a595… | 0.001520 | 0x3EB2944B3A9CA99d7… | ● Suspicious 1 0xf9… |
| > 05/21/2022 17:14 | 0x1d076b33766a… | 0.00 | 0xdAC17F958D2ee523a… | ● USDT Token Contra… |
| > 05/27/2022 11:04 | 0x77248d95430e… | 0.001840 | 0x3EB2944B3A9CA99d7… | ● Suspicious 1 0xf9… |
| > 05/27/2022 11:07 | 0x5fb6ae62f7f8… | 0.00 | 0xdAC17F958D2ee523a… | ● USDT Token Contra… |
| > 05/27/2022 11:32 | 0xbfe2a5495502… | -0.001308 | 0xf9C287aAdEb16473a… | ● Suspicious 1 0xf9… |

Figure 8. Full transaction list for dcoinpro.top 0x3EB2944B3A9CA99d7A59C5Bf05D8fA1D2A321569 (*Chainalysis Reactor*)

17

CONFIDENTIAL — FOR LAW ENFORCEMENT AND AFFECTED PARTIES ONLY

| Date (UTC) | Tx Hash | Amount | Receiving Address | Counterparty |
|---|---|---|---|---|
| > 03/31/2022 05:53 | 0x47036c349730… | 0.159682 | 0x5a47F37Bab304A625… | Suspicious 5 0xff… |
| > 04/14/2022 07:21 | 0x2994543fd9a0… | 0.00 | 0xdAC17F958D2ee523a… | USDT Token Contra… |
| > 04/15/2022 16:04 | 0x6b1d55a42b55… | 0.00 | 0xdAC17F958D2ee523a… | USDT Token Contra… |

Figure 9. Oldest transaction funding 0x5a47F37Bab304A62539e5b03D4de4562C5F71bB5 (Suspicious 4) with ETH for fees  (*Chainalysis Reactor*)

## 4 Summary of Next Steps

As there are funds frozen by Tether and possibly Binance, law enforcement should contact them as soon as possible as detailed in sections 3.1.1 and 3.1.2 with the request to continue the freeze so that there is a possibility for recovery of the funds in the future. Furthermore, Binance will also have relevant information about the accounts that received funds that belong to Mr. Shankar and other suspicious accounts related to the scammer addresses, which will include personal data of the account holders which may be the scammer(s) and/or their accomplices, or laundering service providers. The transaction history that Binance will provide upon request will allow us to continue tracing the funds after they were withdrawn from the suspicious account(s). Finally, the information that law enforcement can request from Binance (and FTX if necessary) about the Unknown Service should reveal its name and contact information so that it can also be contacted for information.

The off-chain data we managed to collect suggests that the scammer is Chinese and may or may not be on US soil. Unfortunately, it is insufficient to determine the scammer's identity and location. There are two service providers mentioned in section 2.1 and law enforcement can contact them with a data request but a response is not likely due to jurisdiction.

CipherBlade explicitly stands ready to assist law enforcement with the formulation of information requests and their justification as well as with the analysis of the information thereby obtained, including follow-up blockchain forensics.

Law enforcement may contact the undersigned directly for intelligence fusion, consultation on next steps, and coordination in any further collaborative steps required to resolve this matter, including follow-up blockchain forensics. The undersigned may be reached via email at

CONFIDENTIAL — FOR LAW ENFORCEMENT AND AFFECTED PARTIES ONLY

hq@cipherblade.com. As per standard process, please be ready to confirm your credentials prior to discussing this case.

<div style="text-align: right;">

**// ENDS**

Richard A. Sanders

Lead Investigator, Principal

CipherBlade

</div>