# Phone Number Lookup Results 06/27/2022

source: https://www.ipqualityscore.com/

## Phone Number Details:

| | |
|---|---|
| Formatted: | +85298701804 |
| Local Format: | 9870 1804 |
| Valid: | true |
| Active: | true |
| Fraud Score: | 0 |
| Recent Abuse: | false |
| VOIP: | false |
| Prepaid: | false |
| Risky: | false |
| Name: | N/A |
| Associated Emails: | |
| Carrier: | World |
| Line Type: | Wireless |
| User Activity: | Enterprise L4+ required. |
| Leaked Online: | false |
| Spammer: | false |
| Country: | HK |
| City: | Lo Uk Tsuen |
| Region: | Hong Kong SAR China |
| Zip Code: | N/A |
| Timezone: | Asia/Hong_Kong |
| Dialing Code: | 852 |
| Active Status (Enhanced Lookup): | N/A |

## Phone Number Details:

| | |
|---|---|
| Formatted: | +85291852295 |
| Local Format: | 9185 2295 |
| Valid: | true |
| Active: | true |
| Fraud Score: | 0 |
| Recent Abuse: | false |
| VOIP: | false |
| Prepaid: | false |
| Risky: | false |
| Name: | N/A |
| Associated Emails: | |
| Carrier: | Hong Kong |
| Line Type: | Wireless |
| User Activity: | Enterprise L4+ required. |
| Leaked Online: | false |
| Spammer: | false |
| Country: | HK |
| City: | Lo Uk Tsuen |
| Region: | Hong Kong SAR China |
| Zip Code: | N/A |
| Timezone: | Asia/Hong_Kong |
| Dialing Code: | 852 |
| Active Status (Enhanced Lookup): | N/A |

# IP Lookup Results 06/27/2022

source1: https://www.ipqualityscore.com/
source 2: https://whatismyipaddress.com/

## IP Address Reputation & Risk Details:

| | |
|---|---|
| Country: | KH |
| City: | Phnom Penh |
| Region: | Phnom Penh |
| Hostname: | 103.130.143.241 |
| ISP | Esurfing Technology Co.ltd |
| Organization | Esurfing Technology Co.ltd |
| ASN | 138340 |
| Proxy Status: | true |
| VPN Status: | true |
| TOR Status: | false |
| Fraud Score | **65** <br> 75+ is suspicious \| 85+ is high risk |
| Abuse Velocity: | Premium required. |
| Recent Abuse: | false |
| Bot Activity: | false |

https://whatismyipaddress.com/ip/103.130.143.241

IP Address Reputation & Risk Details:

| | |
|---|---|
| Country: | KH |
| City: | Phnom Penh |
| Region: | Phnom Penh |
| Hostname: | 103.130.140.147 |
| ISP | Esurfing Technology Co.ltd |
| Organization | Esurfing Technology Co.ltd |
| ASN | 138340 |
| Proxy Status: | true |
| VPN Status: | true |
| TOR Status: | false |
| Fraud Score | **65**<br>75+ is suspicious \| 85+ is high risk |
| Abuse Velocity: | Premium required. |
| Recent Abuse: | false |
| Bot Activity: | false |

https://whatismyipaddress.com/ip/103.130.140.147