IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01249-RTG

(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may delay the consideration of your claims.**)

RAGHAVENDRAN SHANKAR,

    Plaintiff,

v.

BINANCE,
FTX,
COINBASE,
TETHER,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff lives in Denver, Colorado. On April 18, 2025, Plaintiff filed *pro se* a number of documents. (ECF No. 1).[1] Though not clear, Plaintiff appears to seek relief in this court. Accordingly, this civil action was opened.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court finds the filings deficient, and that required filings have not been submitted, as described in this order. Plaintiff will be directed to cure the following to pursue any claims in this

---

1 "(ECF No. 1)" is an example of the convention used to identify the docket number assigned to a specific filing by the court's Case Management/Electronic Case Files (CM/ECF) system. The convention is used throughout this order.

1

action. Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   **X**   <u>**is not submitted**</u>
(2)   ___   is missing affidavit
(3)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information
(6)   ___   is missing authorization to calculate and disburse filing fee payments
(7)   ___   is missing an original signature by the prisoner
(8)   ___   is not on proper form (must use the court's current form)
(9)   ___   names in caption do not match names in caption of complaint, petition or habeas application
**(10)**   **X**   other: **<u>Filing of the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) is only necessary if filing fees totaling $405.00 are not paid in advance.</u>**

**Complaint, Petition or Application**:
**(11)**   **X**   <u>**is not submitted: Plaintiff must use current court-approved Complaint Form (General Complaint) last revised in February 2022.**</u>
(12)   ___   is not on proper form
(13)   ___   is missing an original signature by the prisoner
(14)   ___   is missing page nos. ___
(15)   ___   uses et al. instead of listing all parties in caption
(16)   ___   names in caption do not match names in text
(17)   ___   addresses must be provided for all parties
(18)   ___   other:

Plaintiff may contact the Federal Pro Se Clinic at (303) 380-8786 or https://www.cobar.org/cofederalproseclinic for possible assistance in this matter. The Federal Pro Se Clinic is located on the first floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty**

**(30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain and utilize the current court-approved Application to Proceed in District Court without Prepaying Fees or Costs (Long Form) and Complaint Form (General Complaint), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff fails to cure all of the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.

DATED April 21, 2025.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge